**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| BITCO NATIONAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:25-cv-2012-CSB-EIL |
| | ) | |
| COLES CENTRE, L.L.C.; FEUTZ | ) | |
| CONTRACTORS, INC.; TRUST OF DEXTER N. | ) | |
| ASHBROOK; and TOPA FARMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Plaintiff BITCO National Insurance Corporation ("BITCO National") and Defendant Feutz Contractors, Inc. ("Feutz Contractors") hereby jointly enter this stipulation to dismiss BITCO National's claims against Feutz Contractors pursuant to F.R.C.P. 41(a)(1)(A)(i). Specifically, BITCO National and Feutz Contractors stipulate as follows:

1.      BITCO National initiated this declaratory judgment action to obtain a declaration pertaining to its obligations under a policy of insurance under which Coles Centre, L.L.C. sought coverage in connection with an underlying lawsuit captioned <u>The Trust of Dexter N. Ashbrook et al. v. Coles Centre, LLC, et al.</u>, Case No. 2022LA39, in the Circuit Court of Coles County, Illinois (the "Underlying Lawsuit").

2.      BITCO National named Feutz Contractors as a defendant in this insurance coverage action on the theory that it may be a necessary party with an interest in the outcome of this insurance coverage dispute.

3.     Feutz Contractors has agreed that it has no interest in this insurance coverage dispute and that it has no dispute with BITCO National in this matter.

4.     Feutz Contractors stipulates that:

a.     Feutz Contractors does not wish to remain as a defendant in this insurance coverage action; and

b.     Feutz Contractors agrees to be bound by the judgment entered in this case, including any ruling entered on appeal, with regard to insurance coverage, and not challenge the resolution of, or otherwise seek to relitigate, the insurance coverage issues that are at issue in this action.

5.     BITCO National will be bound by the judgment entered in this case, including any ruling entered on appeal.

6.     Based on these representations and stipulations, BITCO National agrees that Feutz Contractors is not required to remain as a defendant in this action.

7.     The continued participation of Feutz Contractors in this action will unnecessarily prolong and complicate this action.

8.     The dismissal of Feutz Contractors will not impact the pendency of this action against any of the other remaining defendants.

**NOW, THEREFORE**, BITCO National and Feutz Contractors jointly enter this stipulation to dismiss BITCO National's claims against Feutz Contractors, without prejudice, each party bearing its own costs and attorneys' fees.

BITCO National Insurance Corporation

By: _/s/ John A. Husmann_

John A. Husmann
ARDC# 6273392
Bonny S. Garcha
ARDC# 6270902
BatesCarey LLP
191 N. Wacker Drive
Suite 2400
Chicago, IL   60606
Telephone: (312) 762-3100
Facsimile:  (312) 762-3200

***Attorneys for BITCO National Insurance Corporation***

And

Feutz Contractors, Inc.

_____

Subscribed And Sworn Before Me:

This **16**ᵗʰ day of **May**_____ 2025

_____
Notary Public

8658648

MICHELLE KELLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 20, 2027

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

/s/John A. Husmann