# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BITCO NATIONAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:25-cv-2012-CSB-EIL |
| COLES CENTRE, L.L.C.; FEUTZ CONTRACTORS, INC.; TRUST OF DEXTER N. ASHBROOK; and TOPA FARMS, INC. | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS TRUST OF DEXTER N. ASHBROOK

Plaintiff BITCO National Insurance Corporation ("BITCO National") and Defendant Trust of Dexter N. Ashbrook ("Trust") hereby jointly enter this stipulation to dismiss BITCO National's claims against Trust pursuant to F.R.C.P. 41(a)(1)(A)(i). Specifically, BITCO National and Trust stipulate as follows:

1. BITCO National initiated this declaratory judgment action to obtain a declaration pertaining to its obligations under a policy of insurance under which Coles Centre, L.L.C. sought coverage in connection with an underlying lawsuit captioned <u>The Trust of Dexter N. Ashbrook et al. v. Coles Centre, LLC, et al.</u>, Case No. 2022LA39, in the Circuit Court of Coles County, Illinois (the "Underlying Lawsuit").

2. BITCO National named Trust as a defendant in this insurance coverage action on the theory that it may be a necessary party with an interest in the outcome of this insurance coverage dispute.

3. Trust has agreed that it has no interest in this insurance coverage dispute and that it has no dispute with BITCO National in this matter.

4. Trust stipulates that:

a. Trust does not wish to remain as defendants in this insurance coverage action; and

b. Trust agrees to be bound by the judgment entered in this case, including any ruling entered on appeal, with regard to insurance coverage, and not challenge the resolution of, or otherwise seek to relitigate, the insurance coverage issues that are at issue in this action.

5. BITCO National will to be bound by the judgment entered in this case, including any ruling entered on appeal.

6. Based on these representations and stipulations, BITCO National agrees that Trust is not required to remain as a defendant in this action.

7. The continued participation of Trust in this action will unnecessarily prolong and complicate this action.

8. The dismissal of Trust will not impact the pendency of this action against any of the other remaining defendants.

**NOW, THEREFORE**, BITCO National and Trust jointly enter this stipulation to dismiss BITCO National's claims against Trust, without prejudice, each party bearing its own costs and attorneys' fees.

BITCO National Insurance Corporation

By: */s/John A. Husmann*

John A. Husmann
ARDC# 6273392
Bonny S. Garcha
ARDC# 6270902

BatesCarey LLP
191 N. Wacker Drive
Suite 2400
Chicago, IL 60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200

***Attorneys for BITCO National Insurance Corporation***

And

Trust of Dexter N. Ashbrook

_[signature: Susan J. Ashbrook]_

Subscribed And Sworn Before Me:

This 16th day of July 2025

_[signature: Richard P. Klaus]_
Notary Public

8649181

RICHARD P. KLAUS
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
May 02, 2027