# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BITCO NATIONAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COLES CENTRE, L.L.C.; FEUTZ ) <br> CONTRACTORS, INC.; TRUST OF DEXTER N. ) <br> ASHBROOK; and TOPA FARMS, INC. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: 2:25-cv-2012-CSB-EIL |

## STIPULATION TO DISMISS TOPA FARMS, INC.

Plaintiff BITCO National Insurance Corporation ("BITCO National") and Defendant Topa Farms, Inc. ("Topa") hereby jointly enter this stipulation to dismiss BITCO National's claims against Topa pursuant to F.R.C.P. 41(a)(1)(A)(i). Specifically, BITCO National and Topa stipulate as follows:

1.    BITCO National initiated this declaratory judgment action to obtain a declaration pertaining to its obligations under a policy of insurance under which Coles Centre, L.L.C. sought coverage in connection with an underlying lawsuit captioned <u>The Trust of Dexter N. Ashbrook et al. v. Coles Centre, LLC, et al.</u>, Case No. 2022LA39, in the Circuit Court of Coles County, Illinois (the "Underlying Lawsuit").

2.    BITCO National named Topa as a defendant in this insurance coverage action on the theory that it may be a necessary party with an interest in the outcome of this insurance coverage dispute.

3. Topa has agreed that it has no interest in this insurance coverage dispute and that it has no dispute with BITCO National in this matter.

4. Topa stipulates that:

a. Topa does not wish to remain as defendants in this insurance coverage action; and

b. Topa agrees to be bound by the judgment entered in this case, including any ruling entered on appeal, with regard to insurance coverage, and not challenge the resolution of, or otherwise seek to relitigate, the insurance coverage issues that are at issue in this action.

5. BITCO National will to be bound by the judgment entered in this case, including any ruling entered on appeal.

6. Based on these representations and stipulations, BITCO National agrees that Topa is not required to remain as a defendant in this action.

7. The continued participation of Topa in this action will unnecessarily prolong and complicate this action.

8. The dismissal of Topa will not impact the pendency of this action against any of the other remaining defendants.

**NOW, THEREFORE**, BITCO National and Topa jointly enter this stipulation to dismiss BITCO National's claims against Topa, without prejudice, each party bearing its own costs and attorneys' fees.

BITCO National Insurance Corporation

By:_____/s/John A. Husmann_____

John A. Husmann
ARDC# 6273392
Bonny S. Garcha
ARDC# 6270902

BatesCarey LLP
191 N. Wacker Drive
Suite 2400
Chicago, IL  60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200

*Attorneys for BITCO National Insurance Corporation*

And

Topa Farms, Inc.

_____ Melissa Burton, President

Subscribed And Sworn Before Me:

This 30th day of July, 2025

_____
Notary Public

8649184

RICHARD P. KLAUS
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
May 02, 2027

PAGE 3 OF 3